# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIEL JOHNSON, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 16-1369 |
| v. | ) HON. NORA BARRY FISCHER |
| JOHN N. PERSON, Esquire – Deputy Prothonotary – Eastern District of PA, Supreme Court, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 5th day of October 2016, after plaintiff Jamiel Johnson filed a motion for leave to proceed in forma pauperis in the above-captioned matter, with an attached complaint (ECF No. 1), and after the case was prescreened pursuant to 28 U.S.C. § 1915A, and a Report and Recommendation was filed by United States Magistrate Judge Cynthia Reed Eddy recommending that the case be transferred, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of Pennsylvania, and after giving plaintiff until September 26, 2016 to file objections, and upon receiving no objections from plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED FORTHWITH to the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that a ruling on plaintiff's in forma pauperis motion is deferred to the transferee court.

                                                                     s/Nora Barry Fischer
                                                                     Nora Barry Fischer
                                                                     United States District Judge

cc:    Honorable Cynthia Reed Eddy
       United States Magistrate Judge

       JAMIEL JOHNSON
       K-4813
       SCI Camp Hill
       Post Box 200
       Camp Hill, PA 17001
       (via U.S. First Class Mail)